JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JASON LANGLEY,<br><br>Plaintiff,<br><br>v.<br><br>TOURISM HOLDINGS USA, INC. AND EL MONTE RENTS, INC.,<br><br>Defendants. | Case No.: 2:21-cv-06804-FMO (PDx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Before the Court is the Parties' **Stipulation of Dismissal**.

**IT IS HEREBY ORDERED THAT:**

This case is hereby dismissed without prejudice, with each party to bear its costs, attorneys' fees, and expenses.

**SO ORDERED.**

DATED: November 5, 2021

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE